IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYLER MICHAEL WHITE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 1:24-CV-240 |
| ) | |
| WARDEN SUTTERS, et al, ) | |
| ) | |
| Respondents. ) | |

**MEMORANDUM ORDER**

This action was received by the Clerk of Court on September 27, 2024. The matter was assigned and referred to Chief United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

In his pro se petition for writ of habeas corpus, Petitioner, a pretrial detainee, challenges his incarceration as unlawful due to irregularities in the affidavit of probable cause. In response to the petition, Respondents filed a motion to dismiss. ECF No. 9.

On July 9, 2025, Judge Lanzillo issued a Report and Recommendation recommending that the motion be granted, that the petition be denied, and that a certificate of appealabiity be denied. ECF No. 14. Petitioner was given the opportunity to file objections to the Report and Recommendation, but did not do so.

Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the magistrate judge's findings or recommendations. 28 U.S.C. § 636(b)(1); Local Rule 72(D)(2).  A district court is not required to make any separate findings or

conclusions when reviewing a recommendation de novo under 28 U.S.C. § 636. *See Hill v. Barnacle*, 655 Fed. App'x 142, 148 (3d Cir. 2016) ("District courts are not required to make any separate findings or conclusions when reviewing a Magistrate Judge's recommendation de novo under 28 U.S.C. § 636(b). We presume that the District Court engaged in the required de novo review absent some indication to the contrary. There is no such indication here because the District Court noted Hill's objections and stated that it reviewed the record independently.") (internal citation omitted).

After *de novo* review of the petition and response, together with the report and recommendation, the following order is entered:

AND NOW, this 12th day of August 2025;

IT IS ORDERED that the petition for writ of habeas corpus is denied and a certificate of appealability is denied.

IT IS FURTHER ORDERED that the motion to dismiss filed by respondents [ECF No. 9] be granted.

AND, IT IS FURTHER ORDERED that the report and recommendation of Chief Magistrate Judge Lanzillo, issued on July 9, 2025 [ECF No. 14] is adopted as the opinion of the court.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge